UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br><br><br>Esteban HERNANDEZ-Santiago,<br><br><br><br><br><br>　　　　　　　Defendant. | Magistrate Docket No. 19MJ22620<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, USC 1325 Illegal Entry (misdemeanor)<br><br>FILED<br>JUN 2 6 2019<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY                          DEPUTY |

　　　The undersigned complainant being, duly sworn, states:

That on or about June 22, 2019, within the Southern District of California, defendant, Esteban HERNANDEZ-Santiago, an alien, did knowingly elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325 (a)(2).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　　　　　Edward R. Bugarin
　　　　　　　　　　　　　　　　　　　　　Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 26th DAY OF June, 2019.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ROBERT N. BLOCK
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Esteban HERNANDEZ-Santiago

## PROBABLE CAUSE STATEMENT

On June 25, 2019, Border Patrol Agent J. Selden and his canine partner were conducting assigned duties in the Brown Field Border Patrol Station's area of responsibility. At approximately 1:47 PM, Agent Selden was notified about a seismic intrusion device activation in an area known to Border Patrol agents as "Barber Mountain." Agent Selden responded to the area and deployed his canine partner, who alerted and led Agent Selden to two individuals attempting to hide in a large bush. This location is approximately four miles west of the Tecate, California Port of Entry and approximately nine miles north of the United States/Mexico International Boundary. Agent Selden identified himself as a Border Patrol Agent and conducted an immigration inspection. Both individuals, including one individual later identified as the defendant, Esteban HERNANDEZ-Santiago, stated that they were citizens of Mexico without immigration documents that would allow them to enter or remain in the United States legally. At approximately 4:45 PM, Agent Selden placed both individuals, including HERNANDEZ, under arrest.

Record checks revealed that the defendant was most recently removed or deported from the United States on July 6, 2017.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant stated that he illegally entered the United States on June 22, 2019.